UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JUUL LABS, INC., MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION								MDL No. 2913

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On October 2, 2019, the Panel transferred 5 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2019). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable William H. Orrick, III.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Orrick.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 2, 2019, and, with the consent of that court, assigned to the Honorable William H. Orrick, III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 16, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: JUUL LABS, INC., MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION                                                                   MDL No. 2913

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 3 | 19−00656 | A. H. v. JUUL Labs, Inc. |
| ALABAMA NORTHERN | | | |
| ~~ALN~~ | ~~5~~ | ~~19−01313~~ | ~~Bentley v. Juul Labs Inc et al~~ |
| CONNECTICUT | | | |
| CT | 3 | 19−01443 | McCulloch v. Juul Labs, Inc. |
| FLORIDA MIDDLE | | | |
| FLM | 6 | 19−01671 | Pippen v Juul Labs, Inc. et al |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 19−62347 | Kohler et al v. Juul Labs, Inc. et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 19−05664 | Quercia v. Juul Labs, Inc. et al |
| ILN | 1 | 19−06277 | Bumbalough et al v. JUUL Labs, Inc. et al |
| ILN | 1 | 19−06285 | A.R. v. JUUL Labs, Inc. |
| ~~ILN~~ | ~~1~~ | ~~19−06301~~ | ~~People of the State of Illinois et al v. JUUL Labs, Inc.~~ |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 19−00904 | Tempel v. Juul Labs, Inc. et al |
| ILS | 3 | 19−00905 | Sidlo v. Juul Labs, Inc. et al |
| INDIANA SOUTHERN | | | |
| INS | 1 | 19−03543 | MCCULLOUGH v. JUUL LABS, INC. et al |

KANSAS

| | | | |
|---|---|---|---|
| KS | 2 | 19–02564 | Gant v. JUUL Labs, Inc. |

KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| KYE | 5 | 19–00378 | McFaull v. JUUL Labs, Inc. et al |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 19–12628 | D'Amico v. Juul Labs, Inc., et al |

LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| LAM | 3 | 19–00600 | C.B. et al v. Juul Labs, Inc. et al |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 19–11755 | Murphy et al v. Juul Labs, Inc. |
| MA | 3 | 19–11967 | Langlois et al v. Juul Labs, Inc. |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 3 | 19–00180 | M. D. v. Juul Labs, Inc. et al |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 19–02446 | Cobb et al v. JUUL Labs, Inc. |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 2 | 19–04172 | Phillips v. Juul Labs, Inc. et al |
| MOW | 4 | 19–00674 | Boyd v. JUUL Labs, Inc. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 1 | 19–17826 | J.G. v. JUUL LABS INC. |
| NJ | 2 | 19–16915 | DIVELLO v. JUUL LABS, INC. et al |
| NJ | 2 | 19–17904 | COLELLA v. JUUL LABS, INC. et al |
| NJ | 3 | 19–16631 | O. v. JUUL LABS, INC. et al |
| NJ | 3 | 19–16659 | S.R. v. JUUL LABS INC. et al |
| NJ | 3 | 19–17005 | T.K v. JUUL LABS, INC. et al |
| NJ | 3 | 19–18159 | VALENTINO v. JUUL LABS, INC. et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 19–08779 | N.C. v. Juul Labs, Inc. |
| NYS | 7 | 19–08301 | Wise v. Juul Labs, Inc. et al |

NEW YORK WESTERN

| | | | |
|---|---|---|---|
| NYW | 6 | 19–06706 | Moore v. JUUL Labs Inc. et al |

| | | | |
|---|---|---|---|
| NYW | 6 | 19–06735 | Bezio v. Juul Labs, Inc. et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 19–00773 | Tekulve v. JUUL Labs, Inc. et al |
| ~~OHS~~ | ~~2~~ | ~~19–04145~~ | ~~Chaney v. JUUL Labs, Inc. et al~~ |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 19–01512 | Coffey et al v. JUUL Labs Inc et al |
| WAW | 3 | 19–05892 | Ledford v. JUUL Labs Inc et al |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 19–00591 | R. E. et al v. JUUL Labs, Inc. et al |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 19–01372 | Johnson et al v. JUUL Labs Inc et al |